COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:            01-14-00589-CV

Style:            Rosemary Thompson and Timothy E. Thompson

**v**. HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home

Equity Loan Trust Series 2004-HE3 Asset-Backed-Pass-Through Certificates

Date motion filed:        January 5, 2015

Type of motion:        Motion to extend time to file reporter's record

Party filing motion:       Court Reporter

Document to be filed:

Is appeal accelerated?    No

If motion to extend time:

        Original due date:        August 11, 2014

        Number of previous extensions granted:        1        Current Due date:  December 18, 2014

        Date Requested:        January 20, 2015

Ordered that motion is:

     ☒        Granted

            If document is to be filed, document due:  **January 20, 2015**

           ☐        Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐        Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐        Other: _____

Judge's signature:   /s/ Terry Jennings
               ☑ Acting individually    ☐ Acting for the Court

Panel consists of

Date:  January 13, 2015